## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Billy M. Thompson., | ) | Civil Action No. 5:14-cv-3805-JMC-KDW |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On September 29, 2014, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on January 30, 2015. ECF Nos. 9, 10. Plaintiff's brief in support of his appeal was due by March 5, 2015. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 9. On March 5, 2015, Plaintiff sought, and was granted, an extension of time making his brief due April 6, 2015. To date, however, Plaintiff has not filed his brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **April 24, 2015**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

April 10, 2015
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge